DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PRO KARTING EXPERIENCE, INC.,

Appellant,

v.

34TH STREET, LLC,

Appellee.

No. 2D2025-2750

_____

June 3, 2026

Appeal from the Circuit Court for Pinellas County; John Carassas, Judge.

Eric P. LaRue, II, Cristian A. Cantillana, and Addison B. Hicks of The LaRue Firm, PLLC, Winter Park, for Appellant.

Walter Sowa, III of The Law Office of Walter Sowa, III, PL, Bradenton, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.